**Order entered January 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01355-CV

## MORRISON FAMILY TRUST, KEN MORRISON, TRUSTEE, INDIVIDUALLY, STONECOAT OF TEXAS, LLC, STONECOAT, LP AND STONECOAT GP, LLC, Appellants

### V.

## PHILIPPE MERGAUX, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00790**

## ORDER

We **REINSTATE** the appeal.

After this appeal was submitted, appellee filed a voluntary petition under chapter 7 of the United States Bankruptcy Code. We abated the appeal on February 22, 2018 pending further notification from the parties.

On January 21, 2020, the Court received appellants' and the chapter 7 Trustee for appellee's agreed motion to set aside, remand, and instruct the district court to enter an agreed amended final judgment. Attached to the motion is the agreed order lifting the automatic stay from the bankruptcy court signed November 5, 2019.

An opinion will issue in due course.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE